UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CLEONE CECELIA FRIDAY, | Case No. 23-CV-2227 (NEB/LIB) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| MICHAEL SEGAL, Warden, | |
| Respondent. | |

The Court has received the August 22, 2023 Report and Recommendation of United States Magistrate Judge Leo I. Brisbois. (ECF No. 6.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 6) is ACCEPTED;

2. The Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED; and

3. The action is DISMISSED.

2

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 10, 2023                           BY THE COURT:

                                                  s/Nancy E. Brasel
                                                  Nancy E. Brasel
                                                  United States District Judge